**DEMOVSKY LAWYER SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAPGEMINI U.S. LLC and CAPGEMINI
TECHNOLOGIES LLC,

          Plaintiffs,                              Civil Action No. 14 CV 9102

    -against-                                AFFIDAVIT OF SERVICE

JC FODALE ENERGY SERVICES, LLC,

          Defendant.
-----------------------------------------------------------------X
STATE OF LOUISIANA            )
        S.S.:
COUNTY OF / BOSSIER PARISH      )

        **WILLIAM H. MALPASS**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 19th day of November, 2014, at approximately 1:30 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, AND CIVIL COVER SHEET** upon **JC FODALE ENERGY SERVICES** at 6003 Financial Plaza, Shreveport, Louisiana, by personally delivering and leaving the same with **GREG BURCZ**, who informed deponent that he is the Executive Assistant to the Board of Directors and is authorized by appointment to receive service at that address.

        **GREG BURCZ** is a white male, approximately in his late 50's, stands approximately 5 feet 10 inches tall, weighs approximately 185 pounds with gray hair, and wears glasses.

_WILLIAM H. MALPASS_

Sworn to before me this
5 day of ~~November~~, 2014
DEC.

_NOTARY PUBLIC_
JEANNA S. NIX #62585
NOTARY PUBLIC, BOSSIER PARISH, LA
MY COMMISSION IS FOR LIFE

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com