UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPGEMINI U.S. LLC and CAPGEMINI TECHNOLOGIES LLC,<br><br>      Plaintiffs,<br><br>  -against-<br><br>JC FODALE ENERGY SERVICES, LLC,<br><br>      Defendant. | 1:14 Civ. 9102 (VM) |

**AGREED STIPULATION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE RESPOND TO COMPLAINT**

  IT IS STIPULATED AND AGREED that the time for Defendant JC Fodale Energy Services, LLC to serve a pleading, answer, or motion in response to the complaint filed by Plaintiffs Capgemini U.S. LLC and Capgemini Technologies LLC is extended from December 10, 2014 until January 9, 2015.

  IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not waive any arguments or defenses that Defendant may assert in response to Plaintiffs' complaint (except for insufficient service of process), whether by responsive pleading or motion.

  This is the first request by Defendant for an extension of time to answer or otherwise respond to Plaintiffs' complaint.

  Dated:  December 9, 2014

**STIPULATED AND AGREED TO**:

| | |
|---|---|
| */s/ Gerry Silver* | */s/ William M. Katz, Jr.* |
| Gerry Silver | William M. Katz, Jr. |
| SULLIVAN & WORCESTER LLP | THOMPSON & KNIGHT LLP |
| 1633 Broadway | 1722 Routh Street, Suite 1500 |
| New York, NY  10019 | Dallas, TX 75201 |
| 212-660-3096 (T) | 214-969-1330 (T) |
| 212-660-3001 (F) | 214-880-3279 (F) |
| gerry.silver@sandw.com | william.katz@tklaw.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE