UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAPGEMINI U.S. LLC and CAPGEMINI TECHNOLOGIES LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>JC FODALE ENERGY SERVICES, LLC,<br><br>　　　　　　　Defendant. | 1:14 Civ. 9102 (VM) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned herby appears in the above-captioned action as lead counsel for Defendant JC Fodale Energy Services, LLC.

Dated:  December 9, 2014

THOMPSON & KNIGHT LLP

*/s/ William M. Katz, Jr.*
William M. Katz, Jr.
1722 Routh Street, Suite 1500
Dallas, TX 75201
214-969-1330 (T)
214-880-3279 (F)
william.katz@tklaw.com

*Attorneys for Defendant*

1