USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

CAPGEMINI U.S. LLC and CAPGEMINI
TECHNOLOGIES LLC,

              Plaintiffs,

-against-

JC FODALE ENERGY SERVICES, LLC,

              Defendant.

------------------------------------X

1:14 Civ. 9102 (VM)

## AGREED STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS STIPULATED AND AGREED that the time for Defendant JC Fodale Energy Services, LLC to serve a pleading, answer, or motion in response to the complaint filed by Plaintiffs Capgemini U.S. LLC and Capgemini Technologies LLC is extended from December 10, 2014 until January 9, 2015.

IT IS FURTHER STIPULATED AND AGREED that this stipulation shall not waive any arguments or defenses that Defendant may assert in response to Plaintiffs' complaint (except for insufficient service of process), whether by responsive pleading or motion.

This is the first request by Defendant for an extension of time to answer or otherwise respond to Plaintiffs' complaint.

Dated: December 9, 2014

1

**STIPULATED AND AGREED TO:**

*/s/ Gerry Silver*
Gerry Silver
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
212-660-3096 (T)
212-660-3001 (F)
gerry.silver@sandw.com

*Attorneys for Plaintiffs*

*/s/ William M. Katz, Jr.*
William M. Katz, Jr.
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
214-969-1330 (T)
214-880-3279 (F)
william.katz@tklaw.com

*Attorneys for Defendant*

SO ORDERED: 11 December 2014

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE