UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| CAPGEMINI U.S. LLC and CAPGEMINI TECHNOLOGIES LLC, | : : : | Civil Action No. 14-CV-9102 |
| Plaintiffs, | : : | |
| - Against - | : : : | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JC FODALE ENERGY SERVICES, LLC** |
| JC FODALE ENERGY SERVICES, LLC, | : : | |
| Defendant. | : : | |

------------------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant JC Fodale Energy Services, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Defendant JC Fodale Energy Services, LLC has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Dated: New York, New York
January 9, 2015

THOMPSON & KNIGHT LLP

By: */s/ William. M. Katz, Jr.*
William M. Katz, Jr. (WK 1776)
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1330
Email: William.Katz@tklaw.com

Attorney for JC Fodale Energy Services, LLC