# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET • SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
WWW.TKLAW.COM

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

DIRECT DIAL: (214) 969-1330
EMAIL: William.Katz@tklaw.com

January 28, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/15

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007-1312

Re: Request for Adjournment of Initial Conference in No. 14 CV 9102;
*Capgemini U.S. LLC et al. v. JC Fodale Energy Services, LLC*

Dear Judge Marrero:

Defendant JC Fodale Energy Services, LLC respectfully requests adjournment of the initial case management conference, which is currently scheduled for February 20, 2015. Defendant requests that this initial case management conference be rescheduled to March 6, 2015 at 11:00 a.m. No previous requests for adjournment of this conference have been made.

The adjournment sought by Defendant will affect the date by which the parties in this action must submit a joint letter to the Court. Pursuant to Individual Rule IV(A), the parties must submit this joint letter to the Court at least five business days before the initial case management conference. The current deadline to submit this joint letter is February 13, 2015. If the Court adjourns the conference to March 6, 2015, the deadline to submit this joint letter would be February 27, 2015.

Counsel for Defendant has conferred with counsel for Plaintiffs about this adjournment. Plaintiffs' counsel consents to the adjournment and to the proposed date.

Very truly yours,

William M. Katz, Jr.

cc: Gerald D. Silver (via facsimile and email)

Request GRANTED. The Initial conference herein is rescheduled to 3-6-15 at 11:00 a.m.

SO ORDERED.

1-28-15
DATE   VICTOR MARRERO, U.S.D.J.