UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/22/15
```

---

CAPGEMINI U.S. LLC AND CAPGEMINI
TECHNOLOGIES LLC,

                14 cv 9102 (VM)

                Plaintiffs,

        -against-                **ORDER FOR ADMISSION
PRO HAC VICE**

JC FODALE ENERGY SERVICES, LLC,

                Defendant.

    The motion of ALEXANDER J. MIJALIS, for admission to practice Pro Hac Vice in the above-captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Louisiana; and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Alexander J. Mijalis |
| Firm Name: | Lunn Irion Law Firm |
| Address: | 330 Marshall Street, Suite 500, Shreveport, LA 71101 |
| Telephone/Fax: | 318-222-0065 / 318-220-3265 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for JC FODALE ENERGY SERVICES, LLC in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 22 May 2015

                                            Victor Marrero
                                         United States District ~~Magistrate~~ Judge