```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CAPGEMINI U.S. LLC and CAPGEMINI        :  14 Civ. 9102 (VM) (JCF)
TECHNOLOGIES LLC,                       :
                                        :      O R D E R
               Plaintiffs,              :
                                        :
     - against -                        :
                                        :
JC FODALE ENERGY SERVICES, LLC,         :
                                        :
               Defendant.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/18/15

A pretrial conference having been held on June 18, 2015, and no settlement having been reached, it is hereby ORDERED as follows:

1. The stay of discovery is lifted.

2. All discovery shall be completed by October 30, 2015.

3. The pretrial order shall be submitted by November 30, 2015, unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

4. If all parties consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), the enclosed consent form should be executed and returned.

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       June 18, 2015

Copies transmitted this date:

Gerald D. Silver, Esq.
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019

Alexander J. Mijalis, Esq.
Lunn Irion Law Firm
330 Marshall St., Suite 500
Shreveport, LA 71101

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| _____<br>*Plaintiff*<br>v.<br>_____<br>*Defendant* | )<br>)<br>) Civil Action No.<br>)<br>) |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                         _____
                                                                     *District Judge's signature*

                                                                     _____
                                                                     *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.