UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CAPGEMINI U.S. LLC and CAPGEMINI
TECHNOLOGIES LLC,

         14 Civ. 9102 (VM) (JCF)

      Plaintiffs,

         STIPULATION AND ORDER

  -against-

JC FODALE ENERGY SERVICES, LLC,

      Defendant.
----------------------------------------X

[SDNY ECF stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/9/15]

    WHEREAS, on October 30, 2015, the Court held a pre-motion conference, and counsel for defendant JC Fodale Energy Services, LLC ("Defendant" or "JC Fodale") agreed to stipulate to liability, but not damages, to plaintiffs Capgemini U.S. LLC and Capgemini Technologies LLC ("Plaintiffs" or "Capgemini") in this action;

    WHEREAS, the Court directed the parties to submit such stipulation by November 6, 2015;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, as follows:

    1.  JC Fodale hereby stipulates to liability to Capgemini in this action, and further stipulates that it will not contest liability in any manner, whether at trial, hearing, motion or in any appeal of this action. While JC Fodale stipulates to liability, it does not stipulate to the amount of damages due from JC Fodale to Capgemini.

Dated: October 30, 2015

{N0436302; 1}

SULLIVAN & WORCESTER LLP

By: _____
Gerry Silver, Esq.
1633 Broadway
New York, NY 10019
(T) 212-660-3096
(F) 212-660-3001
gerry.silver@sandw.com

Attorneys for Plaintiffs

JC FODALE ENERGY SERVICES, LLC

By: _____
Lauren McKnight, Esq.
Counsel
6003 Financial Plaza
Shreveport, LA 71129
(T) (318) 686-4070
lmcknight@jcfodale.com

LUNN IRION LAW FIRM, APLC

By: _____
Alexander J. Mijalis, Esq.
330 Marshall Street, Suite 500
Shreveport, LA 71101
P.O. Box 1534
Shreveport, LA 71165
(T) (318) 222-0665
(F) (318) 220-3265
ajm@lunnirion.com

Attorneys for Defendant

SO ORDERED: 9 November 2015

_____
Victor Marrero
U.S.D.J.

| SULLIVAN & WORCESTER LLP | JC FODALE ENERGY SERVICES, LLC |
|---|---|
| By: _____<br>Gerry Silver, Esq.<br>1633 Broadway<br>New York, NY 10019<br>(T) 212-660-3096<br>(F) 212-660-3001<br>gerry.silver@sandw.com<br><br>Attorneys for Plaintiffs | By: _____<br>Lauren McKnight, Esq.<br>Counsel<br>6003 Financial Plaza<br>Shreveport, LA 71129<br>(T) (318) 686-4070<br>lmcknight@jcfodale.com |

LUNN IRION LAW FIRM, APLC

By: _____
Alexander F. Mijalis, Esq.
330 Marshall Street, Suite 500
Shreveport, LA 71101
P.O. Box 1534
Shreveport, LA 71165
(T) (318) 222-0665
(F) (318) 220-3265
ajm@lunnirion.com

Attorneys for Defendant

SO ORDERED: *9 November 2015*

_____
Victor Marrero
U.S.D.J.

{N0436302;1}                                    2

Silver, Gerry

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Friday, October 30, 2015 2:00 PM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:14-cv-09102-VM-JCF Capgemini U.S. LLC et al v. JC Fodale Energy Services, LLC |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/30/2015 at 1:59 PM EDT and filed on 10/30/2015
**Case Name:**    Capgemini U.S. LLC et al v. JC Fodale Energy Services, LLC
**Case Number:**  1:14-cv-09102-VM-JCF
**Filer:**
**Document Number:** No document attached

Docket Text:
**Minute Entry for proceedings held before Judge Victor Marrero: Telephone Conference held on 10/30/2015. Gerry Silver present for plaintiffs. Lauren McKnight present for defendant. Parties to submit a stipulation of defendant's liability by November 6, 2015. Plaintiffs to submit three page letter by November 6, 2015 explaining why there are no material issues of facts related to damages. Defendant to submit three page opposition letter on the question of damages by November 16, 2015. (zbs)**

**1:14-cv-09102-VM-JCF Notice has been electronically mailed to:**

Gerald D. Silver gerry.silver@sandw.com, rlombardo@sandw.com

Alexander John Mijalis ajm@lunnirion.com

**1:14-cv-09102-VM-JCF Notice has been delivered by other means to:**