UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAPGEMINI U.S. LLC, et al.,

                                Plaintiffs,

   - against -

JC FODALE ENERGY SERVICES, LLC,

                                Defendant.
------------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

14 Civ. 9102 (VM)(JCF)

**VICTOR MARRERO, United States District Judge.**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| | | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| _X_ | Inquest on Damages After Consent Judgment on Liability | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | _____ |
| | | ___ | All such motions: |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
              18 December 2015

                                              VICTOR MARRERO
                                    United States District Judge