

**SULLIVAN WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

December 18, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/15

**BY FACSIMILE (212) 805-6382**

Honorable Victor Marrero
Courtroom 20B
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **Capgemini U.S. LLC v. JC Fodale Energy Services, LLC, 14 CV 9102 (VM) (JCF)**

Dear Judge Marrero:

We represent plaintiffs Capgemini U.S. LLC and Capgemini Technologies LLC (collectively, "Capgemini") in the above-referenced action against defendant JC Fodale Energy Services, LLC ("Fodale"). We submit this letter jointly on behalf of the parties, Capgemini and Fodale.

Pursuant to Your Honor's direction at the telephone conference held on December 15, 2015 and as set forth in the Minute Entry of that same date, the parties hereby advise the Court that the parties do not unanimously consent to a final determination by the Magistrate Judge. Accordingly, the parties respectfully request that the referral to Magistrate Judge Frances for an inquest on damages be for report and recommendation only, as opposed to final determination.

Thank you very much for making this referral and for Your Honor's prompt attention to this action.

Respectfully submitted,

Gerald D. Silver

cc: Alexander M Jales, Esq. (By Email)
Laura McKnight, Esq. (By Email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _The parties_.

**SO ORDERED.**

12-18-15
DATE

VICTOR MARRERO, U.S.D.J.

{N0442368.1}

BOSTON   LONDON   NEW YORK   WASHINGTON, DC